No. 94–745. CHASSIN ET AL. v. NYSA–ILA MEDICAL AND CLINICAL SERVICES FUND ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *New York State Conference of Blue Cross & Blue Shield Plans* v. *Travelers Ins. Co., ante,* p. 645.

No. 94–1305. VOLKSWAGEN OF AMERICA, INC., ET AL. v. HERNANDEZ-GOMEZ. Sup. Ct. Ariz. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Freightliner Corp.* v. *Myrick, ante,* p. 280. JUSTICE STEVENS would dismiss the petition for want of jurisdiction.

No. 94–6333. CAMPBELL v. FLORIDA PAROLE COMMISSION. Dist. Ct. App. Fla., 1st Dist. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *California Dept. of Corrections* v. *Morales, ante,* p. 499.

No. 94–7797. COOPER v. UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *California Dept. of Corrections* v. *Morales, ante,* p. 499.

*Miscellaneous Orders*

No. —– —–. MADDEN v. UNITED STATES ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. —– —–. BILZERIAN v. SECURITIES AND EXCHANGE COMMISSION. Motion for reconsideration of order denying leave to file petition for writ of certiorari out of time [*ante,* p. 1011] denied.

No. —– —–. BABY RICHARD, BY HIS GUARDIAN AD LITEM, O'CONNELL v. KIRCHNER ET AL. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. A–762. GRACEY v. REIGLE. Bkrtcy. Ct. E. D. Pa. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.